**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
<u>Cincinnati</u>  **DIVISION**

## Charles Lyons

_____

(Enter Above the Name of the Plaintiff in this Action)


vs.

## The Kroger Company

_____

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____

_____

_____

_____

**COMPLAINT**

# 1:25 C V 4 1 5

# J. McFARLAND
**MJ. LITKOVITZ**


# RECEIVED

### JUN 2 0 2025

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO


I.   Parties to the action:

Plaintiff:   Place your name and address on the lines below.  The address you give must be the address where
the court may contact you and mail documents to you.  A telephone number is required.

## Charles Lyons
_____
Name - Full Name Please - PRINT

## 3950 June Apple Court
_____
Street Address

## Decatur, GA 30034
_____
City, State and Zip Code

## 470-403-8678
_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this
form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. **The Kroger Company**

Name - Full Name Please

**1014 Vine Street**

Address: Street, City, State and Zip Code

2. **Cincinnati, OH 45202**

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II.  Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐  Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐  Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☒  Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐  Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case.  Describe how each Defendant is involved.  Include the name of all persons involved, give dates and places.

Number each claim separately.  Use as much space as you need.  You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

## Defendant used an inaccurate background report in adverse action on the Plaintiff. Plaintiff then disputed the inaccurate information and Defendant did not verify the information with the CRA nor conduct an investigation as required by 15 USC 1681.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>                                    <u>Caption</u>

_____        _____ vs. _____

_____        _____ vs. _____

_____        _____ vs. _____


V.  Relief

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal
argument, cite no case or statutes.

## Actual, punitive, willful damages

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


I state under penalty of perjury that the foregoing is true and correct.  Executed on

this <u>14</u> day of _____<u>June</u>_____ , 20 <u>25</u>.

_____
Signature of Plaintiff